Mathew K. Higbee, Esq., SBN 241380
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8349
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
RM MEDIA LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RM MEDIA LTD., <br><br> Plaintiff, <br><br> v. <br><br> 420 EVALUATIONS, INC., A PROFESSIONAL MEDICAL CORPORATION d/b/a www.420-evaluations.com; and DOES 1 through 10 inclusive, <br><br> Defendant. | Case No. _____ <br><br> **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:** <br><br> **(1) COPYRIGHT INFRINGEMENT** <br><br> **(2) UNAUTHORIZED ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION** |

## INTRODUCTION

1. Plaintiff RM Media Ltd. (hereinafter "Plaintiff" or "RM Media"), by counsel, brings this action against 420 Evaluations, Inc., A Professional Medical Corporation d/b/a www.420-evaluations.com, and DOES 1 through 10 inclusive, (hereinafter "Defendants"), with regard to the unlawful use of a copyrighted image

owned by Plaintiff.

2. For the purposes of this Complaint for Damages, unless otherwise indicated, "Defendants" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the named Defendant.

3. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendants" shall mean all named Defendants and all fictitiously named Defendants.

## JURISDICTION AND VENUE

4. This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, whereby the Defendants violated Plaintiff's exclusive rights as copyright owner pursuant to 17 U.S.C. §§ 106 and 106A.

5. This Court has personal jurisdiction over Defendants because Defendants conduct business in the state of California, Defendants' acts of

infringement complained of herein occurred in the State of California, and Defendants have caused injury to Plaintiff within the State of California.

6. Venue is proper pursuant to 28 U.S.C. § 1391(b) because, a substantial part of the events giving rise to Plaintiff's claim occurred in this judicial district. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because, on information and belief, Defendant's principle place of business is located within this judicial district at 1133 S. Vermont Ave, Suite 16, Los Angeles, CA 90006.

**PARTIES**

7. RM Media is a professional media and photography company.

8. RM Media is the assignee and exclusive rights holder to two original images authored by stock photographer Nick Youngson (the "Images") pursuant to 17 U.S.C. §§ 101 and 106. True and correct copies of Plaintiff's Images are attached hereto as Exhibit A.

9. Defendant 420 Evaluations, Inc., A Professional Medical Corporation is a commercial medical facility which conducts business through the publically available commercial website https://420-evaluations.com/.

**FACTUAL ALLEGATIONS**

10. Nick Youngson ("Youngson"), the author of the Images and assignor to RM Media, is a professional photographer who specializes in commercial product photography and graphics. Youngson's photography has been featured in

Forbes Magazine, The Daily Telegraph, The Huffington Post and hundreds of other publications.

11. Youngson is the sole author of the original Images.

12. By virtue of his sole authorship, complete ownership rights and copyrights to the Images originally vested in Youngson.

13. Youngson registered the Images with the United States Copyright Office under registration numbers VAu 1-248-878, with an effective registration date of June 10, 2016.

14. After registering the Images, Youngson transferred complete rights and ownership in the Images to RM Media by written instrument.

15. RM Media offers two licensing options for consumers wishing to use its Images.

16. Under the first option, RM Media offers the Images to consumers through its website NYPhotographic.com, where consumers can pay a licensing fee in exchange for attribute free use of the Images. All of RM Media's content library is available for use through a paid license.

17. Under the second option, RM Media offers a limited portion of its content library, including the Images, to consumers through the website Creative-Commons-Images.com, where consumers can opt to use the Images under a Creative Commons license free of charge.

18. Creative Commons licenses are developed and published by a non-

profit organization that provides free, easy-to-use copyright licenses to make a simple and standardized way to give the public permission to share and use creative work online. *See* www.creativecommons.org/about/.

19. Each of the Images offered by RM Media through Creative-Commons-Images.com is offered under a Creative Commons Attribution – ShareAlike license ("CC License"), which, *inter alia,* requires that the consumer "give appropriate credit, provide a link to the license, and indicate if changes were made." Attached hereto as Exhibit B is a true and correct copy of the terms of a Creative Commons Attribution – ShareAlike license.

20. Each of the Images offered by RM Media through Creative-Commons-Images.com contains the following disclaimer:

> The picture below … is licensed by it's creator under a Creative Commons Attribution-ShareAlike license which permits the free use of the image for any purpose including commercial use and also permits the image to be modified, attribution required, see license details below and FAQ.
> …
> **DETAILS:**
> …
> **Free License permits:** Sharing, copying and redistributing in any medium or format including adapting, remixing, transforming, and building upon the material for any purpose, even commercially. Attribution required.
>
> **License:** Creative Commons 3 - CC BY-SA 3.0
>
> **Creator attribution:** Nick Youngson - link to - http://nyphotographic.com/

21. RM Media offers a limited portion of its content library for free through the CC License, as the required attribution directs consumers to RM Media's website enhancing its market share and directing consumers to its larger

library of paid content.

22.   On information and belief, Defendants owns and operate the commercial website www.420-evaluations.com/.

23.   On or about March, 2017, RM Media discovered one of its Images on Defendants' commercial website. RM Media had no record of issuing a paid license to Defendants, nor did the photo give any attribution as required by the CC License. A true and correct copy of Defendants' infringing use of RM Media's Image is attached hereto as Exhibit C.

24.   RM Media subsequently sent a cease and desist letter to Defendants, and Defendants stated that they would be willing to settle the claim and remove the Image from their website.

25.   On or about August, 2017 RM Media discovered that Defendants used a second Image of Plaintiffs on Defendants' commercial website. Again RM Media could not locate any record that Defendants had paid for a license, and again, Defendants did not include any attribution as required by the CC License. A true and correct copy of Defendants' infringing use of RM Media's second Image is attached hereto as Exhibit D.

26.   On or about September 1, 2017, RM Media sent a second cease and desist letter to Defendants requesting that they remove the second Image. Defendants responded by refusing to remove the second Image from their commercial website or include the requisite attribution under the CC License.

1  Defendants also stated that they would no longer be willing to discuss a settlement of RM Media's claim related to the first Image.

27. As of the date of this Complaint, RM Media's second Image is still displayed on Defendants' website at https://420-evaluations.com/treatment-anorexia-medical-marijuana/ and https://i0.wp.com/420-evaluations.com/wp-content/uploads/2016/10/Paradox.jpg?resize=300%2C200&ssl=1. True and correct time stamped screenshots of Defendants' infringing use of RM Media's photographs is attached hereto as Exhibit E.

28. RM Media did not consent to authorize, permit, or allow in any manner the use of the Images by Defendants.

29. RM Media is informed and believes that Defendants used RM Media's copyrighted Images without permission and that Defendants published, communicated, posted, publicized and otherwise held out to the public for commercial benefit, the original and unique Images of RM Media without RM Media's consent or authority, and acquired monetary gain and market benefit as a result.

30. On information and belief, Defendants knew that they did not possess any rights in the Images and that their use of the Images was unauthorized because RM Media informed Defendants through its two cease and desist letters.

31. On information and belief, Defendants' use of the Images was deliberate and willful because Defendants refused to remove one of RM Media's

Images after being put on notice of the infringement.

32. Defendants used the Images to promote the Defendants' business despite knowledge that the Images are subject to copyright and continued to use one of RM Media's Images after receiving actual notice of RM Media's rights to the Images.

33. RM Media did not consent to the use of the Images for Defendants' commercial gain.

## FIRST CAUSE OF ACTION

## COPYRIGHT INFRINGEMENT

### 17 U.S.C. § 501 *et seq.*

### Against All Defendants

34. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

35. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Images.

36. Plaintiff is informed and believes and thereon alleges that the Defendants willfully infringed upon Plaintiff's copyrighted Images in violation of Title 17 of the U.S. Code, in that it used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Images of the Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

37. As a result of Defendant's violation of Title 17 of the U.S. Code,

Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b).

38. As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to statutory damages in an amount up to $150,000.00 pursuant to 17 U.S.C. § 504(c).

39. As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

40. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## SECOND CAUSE OF ACTION

## FALSIFICATION, REMOVAL AND ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION

## 17 U.S.C. § 1202

**(Against All Defendants)**

41. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

42. On information and belief, Defendants knew that Plaintiff created the Images because, *inter alia*, the source of the Images that Defendants used to produce the infringing web page specifically attributed the Images to Plaintiff and required that Defendants either purchase a paid license or comply with the attribution requirements of the CC License.

43. On information and belief, Defendants knew that the terms of the CC License required that Defendants provide proper attribution to the Images, and Defendants intentionally falsified copyright management information related to the Images with the intent to induce, enable, facilitate, or conceal an infringement of Plaintiff's rights under the Copyright Act.

44. Specifically, on Defendants' website, Defendants continue to display at least one of the Images and have purposefully failed to provide the attribution information required under the CC License after being alerted to the unauthorized use of Plaintiff's Images by Plaintiff.

45. Defendants conduct constitutes a violation of 17 U.S.C. § 1202(a), and 1202(b).

46. Defendants falsification, removal and/or alteration of that copyright management information was done without Plaintiff's knowledge or authorization.

47. Defendants falsification of said copyright management information was done by Defendants intentionally, knowingly, and with the intent to induce, enable, facilitate, or conceal Defendants infringement of Plaintiff's copyright in the Images. Defendants also knew, or had reason to know, that such removal and/or alteration of copyright management information would induce, enable, facilitate, or conceal Defendants infringement of Plaintiff's copyright in the Images.

48. Plaintiff has sustained significant injury and monetary damages as a

result of Defendants wrongful acts as hereinabove alleged, and as a result of being involuntarily associated with Defendants in an amount to be proven.

49.  In the alternative, Plaintiff may elect to recover statutory damages pursuant to 17 U.S.C. § 1203(c)(3) in a sum of not more than $25,000 from each Defendant for each violation of 17 U.S.C. § 1202.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

- For statutory damages against each Defendant in an amount of $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);
- For statutory damages against each Defendant in an amount up to $25,000.00 for each falsification or removal of copyright management information pursuant to 17 U.S.C. § 1202;
- For pre and post judgment interest at the maximum legal rate;
- For costs of litigation and reasonable attorney's fees against each Defendant pursuant to 17 U.S.C. § 505;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- For an injunction preventing each Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and
- For any other relief the Court deems just and proper.

Dated: November 27, 2017                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 facsimile
*Counsel for Plaintiff*

# DEMAND FOR JURY TRIAL

Plaintiff, RM Media Ltd. hereby demands a trial by jury in the above matter.

Dated: November 27, 2017                    Respectfully submitted,

                                      **/s/ Mathew K. Higbee**
                                      Mathew K. Higbee, Esq.
                                      Cal. Bar No. 241380
                                      HIGBEE & ASSOCIATES
                                      1504 Brookhollow Dr., Ste 112
                                      Santa Ana, CA 92705-5418
                                      (714) 617-8349
                                      (714) 597-6559 facsimile
                                      *Counsel for Plaintiff*